PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Steven Feby          **Docket Number:** 06-00883-001
                                                                                                 **PACTS Number:** 47352

**Name of Sentencing Judicial Officer:** HONORABLE JEROME B. SIMANDLE
                                                           CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/28/2007

**Original Offense:** Theft or Receipt of Stolen Mail Matter, in violation of 18 U.S.C. § 1708, a Class D felony.

**Original Sentence:** 21 months imprisonment; 3 years supervised release; Special Condition: Drug testing and treatment, Financial disclosure, No New credit, and ordered to cooperate DNA and to pay $30,548.78 restitution.

**Date of Violation Sentence:** 09/23/2011

**Violation Offense:** 'Alcohol/Drug Testing and Treatment'

**Violation Sentence:** 30 days imprisonment, followed by 1 year supervised release with Special Condition: Alcohol/drug testing and treatment, Mental health treatment, and 6 months Residential Reentry Center placement with weekend privileges and all other original conditions.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 06/15/09

**Assistant U.S. Attorney:** Matthew Skahill, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** To be determined, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On October 14, 2012, the offender was arrested by the Monroe Township Gloucester County Police Department and charged with Resisting Arrest and Obstruction of Justice. An interview with the offender's wife revealed that the police responded to the offender's residence in response to his being drunk and belligerent. Mrs. Feby averred that the offender had imbibed over 2 liters of vodka on October 14, 2012, and was being verbally abusive to her and their children. When the police arrived he became assaultive with the officers who were trying to escort him out of the home. The case is pending in Gloucester County Superior Court and the offender is currently being held in lieu of $25,000 cash bail. There is no Court date scheduled at this time..

2.  The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

    **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

    On October 15, 2012, the offender's wife, Meredith Feby was interviewed and she averred that the offender had been clean and sober for nearly 8 months and then within the last four days he began drinking excessively. She advised over the last several days he started drinking 1-2 liters of vodka per day and would be verbally abusive toward her, and her daughter and their children. Mrs. Feby advised that on October 14, 2012, the offender consumed 2 full liters of vodka and was very belligerent so she called the police and sought a restraining order.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*
By: Steven Alfey
Senior U.S Probation Officer
Date: 10/15/12

PROB 12C - Page 3
Steven Feby

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

October 18, 2012
_____
Date